1
2
3
4
5
6

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| **EDWARD MAKARON,** individually and on behalf of all others similarly situated**,**<br><br>Plaintiff(s)<br><br>vs.<br><br>**GETVISIBLEWEB.COM; VINEET BAID, RATAN BAID, VIVEK BAID,** DOES 1-10 inclusive**,**<br><br>Defendant. | Case No. 2:16-cv-06814-DSF-PLA<br><br>**NOTICE OF SETTLEMENT** |

19

20

21

22

23

24

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Voluntary Notice of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

25

26

Respectfully submitted this 16th day of November, 2016.

27

28

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Filed electronically on this 16th day of November, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Dale S. Fischer
United States District Court
Central District of California

And sent via mail to:

Christopher P. Meier, Esq.
Greenspoon Marder, PA
100 West Cypress Creek Road Suite 700
Ft. Lauderdale, FL 33309

This 16th day of November, 2016.

s/Todd M. Friedman
Todd M. Friedman